# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>JAMES YATES, et al.,<br><br>Defendants. | Case No. 1:12-cv-00871-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND GRANTING EXTENSION OF TIME TO FILE OBJECTIONS**<br><br>ECF No. 8<br><br>OBJECTIONS DUE APRIL 4, 2013 |

Plaintiff Billy Ray Sha'Nee Maldonado ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On May 29, 2012, Plaintiff filed his complaint. ECF No. 1. On February 27, 2013, the Court issued a Findings and Recommendations recommending dismissal of the action for failure to state a claim, with objections due within fourteen days. Pending before the Court is Plaintiff's motion for leave to amend, or in the alternative, an extension of time to file objections, filed March 8, 2013. ECF No. 8.

Plaintiff contends that he is "illiterate legal litigation" and that he only now understands that he has named improper defendants and improper claims. Plaintiff's motion to amend is denied. Plaintiff has presented no argument to demonstrate that he can possibly amend his pleadings to state a claim.

Plaintiff also requests that he be permitted an extension of time to file objections to the findings and recommendations. The Court will grant Plaintiff one extension of time. No further

1

extensions of time will be granted.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend, filed March 8, 2013, is denied;
2. Plaintiff's motion for extension of time to file objections to the findings and recommendations is granted; and
3. Plaintiff is granted up to April 4, 2013 by which to file his objections to the findings and recommendations.

IT IS SO ORDERED.

Dated: **March 19, 2013**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE

2